# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CLIFFORD GENE MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-19-D |
| | ) | |
| CONNIE JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court for review of the Report and Recommendation [Doc. No. 15] issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Mitchell recommends dismissal of this action without prejudice due to Plaintiff's failure to pay the initial filing fee. Prior to the expiration of the deadline to file an objection to the Report and Recommendation, Plaintiff filed a document [Doc. No. 16] which the Court construes as an objection. However, the document presents no persuasive argument or authority that would cause this Court to reject Judge Mitchell's conclusions. In fact, having reviewed the Report and Recommendation and the entirety of the case record, the Court fully concurs with Judge Mitchell's recommendation.

Therefore, having conducted a de novo review, the Court ADOPTS the Report and Recommendation [Doc. No. 15] in its entirety. This action is DISMISSED without prejudice to a future filing. Plaintiff's pending "Request for Production of Said Transcript & Video Documents by Police" [Doc. No. 13] and Motion for Appointment of Counsel [Doc. No. 14] are DENIED as moot. A separate judgment shall be entered.

2

**IT IS SO ORDERED** this 12th day of April, 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge